■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTON MacNEAL, Appellant.—Judgment, Supreme Court, New York County (John Bradley, J.), rendered on April 15, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Asch, Kassal and Ellerin, JJ.

■ In the Matter of DAVID A. PRAVDA, for Reinstatement.— Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective October 4, 1988. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.

■ PEOPLE v MICHAEL ROBERTS.—Motion for reargument of this court's order (135 AD2d 1155) entered on December 15, 1987 granted on constraint of *People v Laster* (140 AD2d 233) and, upon reargument, the aforesaid order vacated and the judgment appealed from is modified, on the law, to reverse as to the sentence imposed and remand for the preparation of an updated presentence report in accordance with CPL 390.20 (1) and for resentencing, and said judgment is otherwise affirmed. Concur—Kupferman, J. P., Sullivan, Ross, Ellerin and Smith, JJ.